# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ANTHONY ZACARIAH JAMES,
a/k/a "Leonard Arnold Joseph"

## CRIMINAL COMPLAINT

CASE NUMBER: 12-3375-WCT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 6, 2012, at Miami International Airport in Miami-Dade County, in the Southern District of Florida, the defendant, ANTHONY ZACARIAH JAMES, a/k/a "Leonard Arnold Joseph," an alien, having previously been removed from the United States was found to be in the United States, knowingly and unlawfully, without the Attorney General or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Customs and Border Protection ("CBP") Enforcement Officer and that this complaint is based on the following facts:

On or about August 6, 2012, the defendant, ANTHONY ZACARIAH JAMES, a/k/a "Leonard Arnold Joseph," arrived at Miami International Airport aboard American Airlines flight #1906 from Antigua. He presented himself for inspection and provided a valid Antigua and Barbuda passport with a valid visa. His hand was submitted through an electronic scanning system known as IDENT, as a result of which an alert appeared requiring mandatory referral to Passport Control Secondary inspection. During secondary inspection numerous database searches were conducted, and the defendant's fingerprints were submitted through an IAFIS fingerprint scan. This scan connected with FBI and immigration databases and confirmed that ANTHONY ZACARIAH JAMES was previously removed from the United States under the name of Leonard Arnold Joseph on August 17, 1995. It was also determined that he was an alien and not a citizen of the United States, but was a native and citizen of Antigua and Barbuda. A subsequent search of the records maintained by the United States Citizenship and Immigration Service indicated that ANTHONY ZACARIAH JAMES had never sought to apply for permission from the United States Attorney General or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) in order to return and apply for admission into the United States after having been removed.

Luis Gamez, Enforcement Officer
Customs and Border Protection - Department of Homeland Security

Sworn to before me, and subscribed in my presence,

October 10, 2012          at     Miami, Florida
Date                             City and State

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _12-3375-WCT_

UNITED STATES OF AMERICA

vs.

ANTHONY ZACARIAH JAMES,
 a/k/a "Leonard Arnold Joseph,"

   Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   ____ Yes   _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   ____ Yes   _x_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _/s/ Diane Patrick_
DIANE PATRICK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.0770744
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9414
FAX (305) 536-4699